## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 14-3507 JC | Date | July 2, 2015 |
|---|---|---|---|
| Title | Nui Hei "Alex" Fung v. National Railroad Passenger Corporation, etc., et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge |
|---|---|

| Hana Rashad | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| none | none |

**Proceedings:**     (In Chambers)

### ORDER TO SHOW CAUSE RE DISMISSAL

On May 4, 2015, the parties filed a Joint Notice of Settlement (Docket No. 40), indicating that they had reached a settlement, requesting 45 days to fully execute the agreement and file a dismissal, and requesting that the Court vacate the hearing on defendant's motion for summary judgment. Accordingly, on the same date, the Court vacated the hearing and ordered that unless the action was dismissed by June 18, 2015, the parties were to file a status report by such date. On June 17, 2015, the parties filed a status report indicating that they had exchanged draft settlement documents, and that they expected to have a fully executed agreement within the next two weeks. They asked that the Court grant a continuance of fourteen (14) days to dismiss the action. Accordingly, on the same date, the Court directed the parties to file an updated status report by July 2, 2015 unless the action had by then been dismissed. On the current date, the parties have again filed a status report indicating that a final settlement agreement has been exchanged, and that they expect to have a fully executed agreement within ten (10) days. They request that the Court grant yet another continuance of ten (10) days to dismiss this action.

The Court sets an Order to Show Cause re Dismissal hearing for July 14, 2015 at 1:30 p.m. – the time currently set for the Pretrial Conference. If a dismissal is filed by 12:00 p.m. on July 13, 2015, the matter will be taken off calendar and no appearance by counsel will be required.

IT IS SO ORDERED.

|  | Initials of Courtroom Deputy Clerk | hr |
|---|---|---|